IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA (PHOENIX)

ARIZONA CENTER FOR DISABILITY LAW,

       Plaintiff,

v.

JAMES R. ALLEN, M.D., et al.,

       Defendants.

CIV 99-107-PHX-EHC (OMP)

**ORDER**

Plaintiff's motion for summary judgment (# 21-1) is granted in part and denied in part. Defendants' motion for summary judgment (# 49-1) is denied.

DATED this ____ day of October, 2000.

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

1 - ORDER